Camellia Baray, State Bar No. 179219
BONJOUR, THORMAN, BARAY & BILLINGSLEY
24301 Southland Dr., Ste 312
Hayward, Ca. 94545
Telephone: (510) 785-8400
Facsimile: (510) 670-0955
camellia@btbandb.com

Attorneys for Defendant Jesus Aguilar

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>JESUS AGUILAR,<br><br>        Defendant.<br>_____/ | No. CR-91-00526-1 MMC<br><br>[PROPOSED] ORDER AND STIPULATION CONTINUING SENTENCING HEARING FROM FEBRUARY 20, 2008 TO MARCH 5, 2008 AT 2:30 P.M. |

    The government, through AUSA Gregg Lowder, and the defendant Jesus Aguilar, through his counsel Camellia Baray, hereby stipulate as follows:

    1. The parties are currently scheduled for a sentencing hearing on February 20, 2008 at 2:30 p.m. before the Hon. Maxine M. Chesney.

    2. While Mr. Aguilar pled to this case in 1991, he failed to appear at sentencing and only recently turned himself in on the warrant.

    3. A transcript of the 1991 plea was requested more than two months ago but was not received by defense counsel until February 11, 2008.

STIPULATION AND ORDER
CR-91-00526-1 MMC                1

4. The content of the transcript may affect the sentencing guideline calculations and guideline range.

5. In order to provide counsel adequate time to review the transcript and conduct any relevant investigation and/or legal research in preparation for the sentencing hearing, both parties stipulate and request that the sentencing hearing currently scheduled for February 20, 2008 be vacated and rescheduled to March 5, 2008 at 2:30 p.m.

IT IS SO STIPULATED.

DATED: February 15, 2008

___/s/_____
CAMELLIA BARAY
Attorney for Jesus Aguilar

DATED: February 15, 2008

___/s/_____
GREGG LOWDER
Assistant United States Attorney

IT IS SO ORDERED.

DATED: February 15, 2008

_____
THE HON. MAXINE M. CHESNEY
UNITED STATES DISTRICT COURT JUDGE

STIPULATION AND ORDER
CR-91-00526-1 MMC                2