IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JESUS AGUILAR,<br><br>Defendant<br>_____/ | No. CR-91-526 MMC<br><br>**ORDER RE: DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS** |

The Court is in receipt of defendant's "Declaration in Support of Request to Proceed In Forma Pauperis," filed October 17, 2008.

Because defendant has not filed any document or otherwise taken any step that would require him to pay a filing fee, the Court will take no action on the declaration.

**IT IS SO ORDERED.**

Dated: October 29, 2008

MAXINE M. CHESNEY
United States District Judge