IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-91-526 MMC |
| Plaintiff, | **ORDER RE: DEFENDANT'S LETTER DATED MARCH 24, 2009; DIRECTIONS TO CLERK** |
| v. | |
| JESUS AGUILAR, | |
| Defendant / | |

By order filed March 13, 2009, the Court denied defendant's Motion to Vacate, Set Aside or Correct Sentence. Now before the Court is defendant's letter, dated March 24, 2009 and filed by the Clerk March 27, 2009, by which defendant requests copies of certain documents he asserts are necessary in order to "properly understand" the Court's March 13, 2009 order.

Having read and considered defendant's letter, the Court finds it appropriate to direct the Clerk to provide defendant with copies of the three exhibits cited in the Court's March 13, 2009 order. Specifically, the Clerk is hereby DIRECTED to mail to defendant a copy of each of the following documents:

1. Judgment, filed March 14, 2008;

2. Plea Agreement, Exhibit C to Defendant's Sentencing Memorandum, filed March 3, 2008; and

3. Transcript of Proceedings, October 24, 1991, Exhibit A to Defendant's Response to the Government's Sentencing Memorandum, filed March 4, 2008.

**IT IS SO ORDERED.**

Dated: April 21, 2009

_____
MAXINE M. CHESNEY
United States District Judge