IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>JESUS AGUILAR,<br><br>    Defendant<br>_____/ | No. CR 91-526 MMC<br><br>**ORDER DENYING WITHOUT PREJUDICE DEFENDANT'S APPLICATION FOR SUCCESSIVE 28 U.S.C. § 2255 MOTION** |

By order filed March 13, 2009, the Court denied defendant's Motion to Vacate, Set Aside or Correct Sentence, pursuant to 28 U.S.C. § 2255. Now before the Court is defendant's Application for Successive 28 U.S.C. § 2255 Motion, filed May 13, 2009.

"A second or successive motion [to vacate, set aside or correct a sentence] must be certified . . . by a panel of the appropriate court of appeals," see 28 U.S.C. § 2255(h), which, in this instance, is the Court of Appeals for the Ninth Circuit. Unless and until the Ninth Circuit has issued the requisite certification, this Court lacks jurisdiction to consider defendant's successive motion. See United States v. Allen, 157 F.3d 661, 664 (9th Cir. 1998) (vacating district court's order addressing merits of defendant's successive motion under § 2255, where Ninth Circuit had not issued "requisite certification" under § 2255(h)).

//

Accordingly, the application is hereby DENIED, without prejudice to defendant's filing the application with the Court of Appeals for the Ninth Circuit, 95 Seventh Street, San Francisco, CA 94103.

**IT IS SO ORDERED.**

Dated: May 18, 2009

MAXINE M. CHESNEY
United States District Judge