IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-91-526 MMC |
| Plaintiff, | **ORDER DENYING DEFENDANT'S REQUEST FOR LEGAL MATERIALS OF PROCEEDINGS** |
| v. | |
| JESUS AGUILAR, | |
| Defendant / | |

The Court is in receipt of defendant's Request for Legal Materials of Proceedings, filed April 26, 2010, by which defendant seeks to obtain a copy of the transcript of each proceeding held before the undersigned from July 17, 2007 to March 14, 2008.[1]  Defendant states that the "purpose [of his request] is to facilitate access to materials to file an appeal." (See Request.)

A federal prisoner who seeks to challenge a sentence is entitled to a transcript at government expense only "if the trial judge or a circuit judge certifies that the suit or appeal is not frivolous and that the transcript is needed to decide the issue presented by the suit or appeal."  See 28 U.S.C. § 753(f).  Here, there is no pending suit or appeal by defendant,[2] and, consequently, the Court is unable to determine whether any issue that may be

---

[1] The docket reflects that hearings were conducted before the undersigned on August 15, 2007, March 5, 2008, and March 11, 2008.

[2] By order filed March 13, 2009, the Court denied defendant's Motion to Vacate, Set Aside or Correct Sentence.  The deadline to appeal such order has passed.  See Fed. R. App. P. 4(a)(1)(B) (providing, where United States is party to action, notice of appeal must be filed within sixty days after entry of order); Rule 11(b) of the Rules Governing § 2255 Proceedings (providing appeal from order denying § 2255 motion must be filed within time set forth in Rule 4(a)).

1 presented thereby is or is not frivolous.

2     Accordingly, defendant's request is hereby DENIED.

3     **IT IS SO ORDERED.**

5 Dated: May 13, 2010

_____
MAXINE M. CHESNEY
United States District Judge